### 17143.   SNOOKS, *alias* HARRIS, *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; the evidence authorized the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Conviction of carrying concealed pistol; from city court of Dublin—Judge Blount presiding. January 9, 1926.

*W. A. Dampier,* for plaintiff in error.

*J. A. Merritt, solicitor,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.